UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

EDWARD JONES,

    Petitioner,

vs.

EDMUND BROWN,

    Respondent.

No. C 14-4790 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. He states he was convicted in Long Beach Superior Court which is located in Central District of California. He is currently incarcerated in Vacaville, CA in the Eastern District of California. In this petition, he argues that he is entitled to a new parole suitability hearing in light of a recent order in *Brown v. Plata*, ––– U.S. –––, 131 S.Ct. 1910 (2011).

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); this district is neither. The district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge appears to go to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: December 18, 2014.

                PHYLLIS J. HAMILTON
                United States District Judge

G:\PRO-SE\PJH\HC.14\Jones4790.trn